UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHANTELL CRUZ,
                                         Plaintiff,

-against-

MOUNT SINAI HEALTH SYTEM, et al.,
                                         Defendants.
------------------------------------------------------------X

23 Civ. 9107 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for December 6, 2023;

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

**ORDERED** that the December 6, 2023, initial pretrial conference is **CANCELED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED** that if Defendants seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. It is further

**ORDERED**, regarding settlement discussions, the parties' request for a referral to mediation is **GRANTED**. The referral will issue in a separate order.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: December 1, 2023
      New York, New York

                                                  **LORNA G. SCHOFIELD**
                                                  **UNITED STATES DISTRICT JUDGE**